SCAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MACIEL<br><br>    Plaintiff,<br><br>          v.<br><br>CITY OF LOS ANGELES, et al.<br><br>    Defendants. | No. CV 06-00249 RSWL (CWx)<br><br>AMENDED JUDGMENT |

On January 15, 2008, the above matter commenced in a bench trial before this Court.

After consideration of all evidence presented, **JUDGMENT IS HEREBY ENTERED FOR DEFENDANT** on all claims.

**IT IS SO ORDERED.**

/s/
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Court Judge

DATED: May 29, 2008